173 A.3d 1091

IN THE MATTER OF SEAN R. SEXTON, AN ATTORNEY
AT LAW (ATTORNEY NO. 010612004)

D–126 September Term 2016
079222

December 8, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–252, concluding on the record certified to the Board pursuant to Rule 1:20–4(f)(default by respondent) that **SEAN R. SEXTON** of **JERSEY CITY**, who was admitted to the bar of this State in 2004, should be censured for violating RPC 5.5(a)(1) (practicing law while ineligible), and good cause appearing;

It is ORDERED that **SEAN R. SEXTON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.